UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80818-CIV-HURLEY

HEMAN PANCHOOSINGH,
    Plaintiff,

v.

GENERAL LABOR STAFFING SERVICES, INC.,
    Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE TRIAL

**THIS MATTER** comes before the Court upon the plaintiff's motion to continue hearing on summary judgment and to continue trial filed October 5, 2008 [DE# 39]. Finding good cause for the requested relief, it is **ORDERED and ADJUDGED**:

1. The plaintiff's motion to continue hearing on summary judgment and to continue trial [DE# 39] is **GRANTED**. This case shall be re-set for hearing on summary judgment and for trial by separate orders of the court.

**DONE AND SIGNED** in Chambers at West Palm Beach, Florida this ___8th___ day of October, 2008.

                              Daniel T.K. Hurley
                              United States District Court Judge

cc. All counsel